# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY STRAW,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No. EDCV 09-0511-JEM<br><br>**JUDGMENT** |

In accordance with the Memorandum Opinion and Order Reversing Decision of Commissioner filed concurrently herewith,

IT IS HEREBY ADJUDGED that this Judgment be entered reversing the decision of the Commissioner of Social Security and remanding for further proceedings in accordance with law and with the Memorandum Opinion and Order.

DATED: June 8, 2010

                                                */s/ John E. McDermott*
                                                JOHN E. MCDERMOTT
                                          UNITED STATES MAGISTRATE JUDGE